IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LARRY CRUZ,<br>TDCJ-CID NO.1076340,<br>    Petitioner, | §<br>§<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. H-05-1425 |
| DOUG DRETKE, Director of the<br>Texas Department of Criminal<br>Justice- Institutional Division,<br>    Respondent. | §<br>§<br>§<br>§<br>§ | |

### ORDER REGARDING MOTION FOR EXTENSION OF TIME

Petitioner Larry Cruz, a state inmate, has filed a petition for federal habeas corpus relief under 28 U.S.C. § 2254, and respondent has been ordered to respond. (Docket Entry No.4). Respondent has filed a motion for an extension of time to file a responsive pleading in this case. (Docket Entry No.6). Finding that the motion was filed in good faith and not for the purpose of undue delay, it is ORDERED that respondent's motion for an extension of time (Docket Entry No.6) is GRANTED. Respondent shall file a responsive pleading or dispositive motion no later than September 6, 2005. No further extensions will be granted without good cause.

The Clerk will provide copies of this Order to the parties.

SIGNED at Houston, Texas on *August 10*, 2005.

*Frances H. Stacy*
FRANCES H. STACY
UNITED STATES MAGISTRATE JUDGE